IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00176-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEJANDRO RUIZ-HERNANDEZ,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

At the request of both counsel, a Change of Plea hearing is set for **June 29, 2006 at 8:15 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than noon on June 27, 2006.** If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy. **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (***see* **D.C.COLO.LCrR 11.1F).**

    DATED:  May 19, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge