IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00176-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEJANDRO RUIZ-HERNANDEZ,

    Defendant.

___

## ORDER TO RESET CHANGE OF PLEA HEARING
___

Pursuant to a telephone conference with counsel for the government and Defendant Ruiz-Hernandez, the Court ORDERS that the change of plea hearing in this matter previously set for June 29, 2006 is RESCHEDULED to **July 18, 2006 at 8:30 a.m.**

    DATED: June 26, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge